No. 709.  FLORES ET AL. *v*. PRANN ET AL.  C. A. 1st
Cir.  Certiorari denied.  *Max Goldman* for petitioners.
*Sydney Krause* for San Juan Dredging Corp., respondent.

No. 718.  JAEGER MOTOR CAR CO. ET AL. *v*. COMMIS-
SIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certi-
orari denied.  *Edward H. Meldman* for petitioners.
*Solicitor General Cox, Assistant Attorney General Ober-
dorfer* and *Melva M. Graney* for respondent.

No. 720.  FANDERLIK-LOCKE CO. ET AL. *v*. MORGAN
ET AL.  C. A. 10th Cir.  Certiorari denied.  *W. Peter
McAtee* for petitioners.  *W. A. Sloan* for respondents.

No. 757.  STONE ET AL. *v*. SALT LAKE CITY ET AL.  Su-
preme Court of Utah.  Certiorari denied.  *Burton W.
Musser* and *Elias Hansen* for petitioners.  *Franklin Riter*
and *Arthur H. Nielsen* for respondents.

No. 124, Misc.  JOHNSON *v*. UNITED STATES.  United
States Court of Appeals for the District of Columbia
Circuit.  Certiorari denied.  Petitioner *pro se*.  *Solicitor
General Rankin* for the United States.

No. 386, Misc.  KAM NG, ALIAS JIMMY ENG, *v*. PIL-
LIOD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZA-
TION SERVICE.  C. A. 7th Cir.  Certiorari denied.  *Bar-
ratt O'Hara II* for petitioner.  *Solicitor General Rankin,
Assistant Attorney General Wilkey* and *Beatrice Rosen-
berg* for respondent.